E-FILED
TARRANT COUNTY, TEXAS
12/1/2015 9:00:44 PM
MARY LOUISE GARCIA
COUNTY CLERK
BY: M.W. B.

**Cause No. 2015-004508-1**

| | |
|---|---|
| **Jimmy Ray Matthews, Jr. and Nicholas Matthews, plaintiffs** | **In the** |
| | 2nd COURT OF APPEALS |
| **v.** | FORT WORTH, TEXAS |
| | 12/7/2015 5:07:30 PM |
| **Marta Carrejo Martinez and all occupants, defendants** | **County Court at Law No. 1** DEBRA SPISAK Clerk |
| | **Tarrant County, Texas** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/7/2015 5:07:30 PM
DEBRA SPISAK
Clerk

## Notice of Appeal

Comes now Defendant and files this Notice of Appeal in the above-captioned cause giving her notice of her intent to appeal the judgment rendered against her in this cause to the Second (Fort Worth) Court of Appeals.

Respectfully submitted,

/s Leigh W. Davis_____
(Mr.) Leigh W. Davis
1901 Central Dr.
Suite 708 LB 57
Bedford, TX 76021
Tel: 817.868.9500
Fax: 817.887.2401
State Bar No. 24029505
leighwdavis@gmail.com

Notice of Appeal
Page 1 of 2

## Certificate of Service

I certify that on December 1, 2015, a copy of this document was served on all counsel of record in this case by electronic mail service through the electronic case filing system.


/s/ Leigh W. Davis_____
(Mr.) Leigh W. Davis